UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY,

    Plaintiff,

v.

EFFECTUS GROUP, LLC,

    Defendant.

Case No. 24-cv-02025-HSG

**SCHEDULING ORDER**

A case management conference was held on July 2, 2024. Having considered the parties' proposal, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | October 11, 2024 |
| Close of Fact Discovery | November 8, 2024 |
| Exchange of Opening Expert Reports | November 22, 2024 |
| Exchange of Rebuttal Expert Reports | December 20, 2024 |
| Close of Expert Discovery | January 13, 2025 |
| Dispositive Motion Hearing Deadline | February 27, 2025, at 2:00 p.m. |
| Pretrial Conference | May 27, 2025, at 3:00 p.m. |
| Jury Trial (3 days) | June 16, 2025, at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.
3  **IT IS SO ORDERED.**
4  Dated:   7/2/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge